# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| GLENN H. MANUS, | : No. 119 MM 2021 |
| | : |
| Petitioner | : |
| | : |
| v. | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA; DELAWARE COUNTY COURT OF COMMON PLEAS; JOHN JOSEPH WHELAN, DISTRICT ATTORNEY; G. MICHAEL GREEN, FORMER DISTRICT ATTORNEY; MICHAEL R. GALANTINO, DEPUTY DISTRICT ATTORNEY; JAMES F. NILON, JR., JUDGE, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2021, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Prohibition and Writ of Mandamus" is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.